UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | | |
|---|---|---|
| WILLIAM A. ORANGE, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 4:09-cv-72 |
| v. | ) | Judge Mattice |
| | ) | |
| MICHAEL J. ASTRUE | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). [Court Doc. 16.] Neither party filed objections within the given 14 days.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to § 636(b)(1) and Rule 72(b).

Accordingly, Plaintiff's Motion for Judgment on the Pleadings [Court Doc. 8] is **GRANTED**. Defendant's Motion for Summary Judgment [Court Doc. 13] is **DENIED**. The Commissioner's denial of benefits is **REVERSED** and the instant action is **REMANDED** to the Commissioner. The Clerk shall close the case.

SO ORDERED this 12th day of August, 2010.

_____*/s/ Harry S. Mattice, Jr.*_____
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE