```
UNITED STATES DISTRICT COURT
   EASTERN DISTRICT OF TENNESSEE
          AT WINCHESTER
```

| | |
|---|---|
| WILLIAM A. ORANGE, | ) |
|     *Plaintiff*, | ) |
| | )    Case No. 4:09-cv-72 |
| v. | ) |
| | )    Judge Mattice |
| MICHAEL J. ASTRUE | ) |
| Commissioner of Social Security, | ) |
|     *Defendant*. | ) |

## ORDER

Before the Court is Plaintiff's Motion for Attorney Fees [Court Doc. 18], filed on August 31, 2010. Defendant did not file a response, and United States Magistrate Judge Susan K. Lee filed her report and recommendation pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b) on September 24, 2010. [Court Doc. 20] Neither party has filed objections within the prescribed time.

After reviewing the record, the Court agrees with Magistrate Judge Lee's report and recommendation. The Court thus **ACCEPTS and ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b).

Magistrate Judge Lee recommended that Plaintiff's Motion for Attorney Fees [Court Doc. 18] be granted in part and that Plaintiff be awarded attorney fees in the amount of $2,083.00. Accordingly, the Court **ORDERS** that Plaintiff's Motion for Attorney Fees [Court Doc. 18] is **GRANTED IN PART**. Plaintiff is entitled to attorney fees in the amount of $2,083.00.

**SO ORDERED** this 13th day of October, 2010.

                                              */s/Harry S. Mattice, Jr.*
                                              HARRY S. MATTICE, JR.
                                              UNITED STATES DISTRICT JUDGE